IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REYNEL VALENCIA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-CV-01286-MAB |
| | ) |
| EMMANUEL AFUWAPE, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated September 3, 2020 (Doc. 41). Defendant Emmanuel Afuwape was **DISMISSED with prejudice** from this action. Accordingly, this action was **DISMISSED with prejudice** in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 3, 2020

                                            **MARGARET M. ROBERTIE,**
                                          **Clerk of Court**

                                            BY:  /s/ *Jennifer Jones*
                                            **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**